**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT BECKLEY**

UNITED STATES OF AMERICA

v.

CRIMINAL ACTION NO. 5:23-cr-00026

RANA ZEESHAN TANVEER

**<u>MEMORANDUM OPINION AND ORDER</u>**

Pending is Defendant Rana Zeeshan Tanveer's Motion for Early Termination of Probation, filed July 27, 2026. [Doc. 54]. The United States does not oppose the Motion.

**I.**

On December 14, 2023, following his guilty plea to knowingly submitting false or misleading electronic export information in violation of 13 U.S.C. § 305, Mr. Tanveer was sentenced to five (5) years of probation, with the first six (6) months to be served on home detention. [Doc. 25]. Mr. Tanveer began serving his term of probation on December 14, 2023. Mr. Tanveer now moves for early termination of his probation inasmuch as compliance while on supervision, satisfaction of all monetary penalties, employment prospects, low-risk, and low-intensity classification.

Mr. Tanveer's Probation Officer notes he has maintained a positive and cooperative attitude while on supervision. In addition, Mr. Tanveer has paid the special assessment fee, satisfied all monetary sanctions, and has remained in compliance with all other conditions of probation. Mr. Tanveer was also transferred to the low intensity supervision caseload given his consistent compliance. The Probation Officer thus reports that Mr. Tanveer meets the criteria

established by the Administrative Office of the United States Courts for early termination of probation. As noted, the United States does not oppose Mr. Tanveer's Motion.

## II.

Pursuant to 18 U.S.C. § 3564(c), a court may, after consideration of the applicable Section 3553(a) factors, "terminate a term of probation previously ordered and discharge the defendant . . . at any time after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3564(c); *see also United States v. Pregent*, 190 F.3d 279, 283 (4th Cir. 1999) (discussing early termination in the context of 18 U.S.C. § 3583(e)).

After careful consideration of the applicable Section 3553(a) factors and the information provided by Mr. Tanveer's Probation Officer, the Court concludes that early termination of Mr. Tanveer's probation is warranted. Mr. Tanveer has completed approximately two years and eight months of his probation term without incident and has demonstrated his dedication to maintaining a law-abiding lifestyle. The Court **FINDS** that Mr. Tanveer's conduct and the interests of justice support early termination of his supervised release.

## III.

Accordingly, the Court **GRANTS** Mr. Tanveer's Motion [**Doc. 54**] and **TERMINATES** his term of probation.

The Clerk is directed to send a copy of this written opinion and order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

ENTER: August 7, 2026



Frank W. Volk
Chief United States District Judge